IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TODD TIEDEMAN,

    Defendant.

ORDER

Case No. 12-cr-34-wmc-1

---

The defendant in the above-entitled case has been:

__x__     convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the State Department.

    The State Department is not to reissue a passport without approval of U.S. Probation.

_____     convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the INS Regional Office, Milwaukee, Wisconsin.

_____     acquitted of the charge against him and/or the charge against him has been dismissed. Therefore, it is directed that the passport be returned to the defendant or his authorized representative.

_____     Defendant deceased. Therefore, it is directed that the passport be returned to the State Department.

Date: 1-29-13

BY THE COURT:

_____
STEPHEN L. CROCKER
Magistrate Judge